RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for JOEL AURELIO ALCARAZ-GONZALEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL AURELIO ALCARAZ-GONZALEZ,<br><br>　　　　　Defendant. | Case No. 3:22-cr-00040-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and ALLIE WILSON, Assistant Federal Public Defender, counsel for JOEL AURELIO ALCARAZ-GONZALEZ and JASON M. FRIERSON, United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for September 9, 2024, at 11:00 AM, be vacated and continued to September 17, 2024, at 10:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Alcaraz-Gonzalez is detained and consents to the continuance. Specifically, Mr. Alcaraz-Gonzalez was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the sentencing hearing.

DATED this 7th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Allie Wilson<br>     ALLIE WILSON<br>     Assistant Federal Public Defender<br>     Counsel for JOEL ALCARAZ-GONZALEZ | By  /s Randolph J. St. Clair<br>     RANDOLPH J. ST. CLAIR<br>     Assistant United States Attorney<br>     Counsel for the Government |

# ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for September 9, 2024, at 11:00 AM, be vacated and continued to **September 17, 2024, at 10:00 AM.**

DATED this 7th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE